Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 17 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-61-RMP |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of a Firearm & Ammunition |
| AARON JOSEPH CUNNINGHAM, | |
| Defendant. | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about October 24, 2021, in the Eastern District of Washington, the Defendant, AARON JOSEPH CUNNINGHAM, knowing of his status as a person convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms and ammunition, to wit:

- a Glock model 19, Gen 4, 9mm pistol, bearing serial number BAZP302;
- a Glock 42, .380 caliber pistol, bearing serial number ABDW558;
- 2 rounds 9mm ammunition bearing head stamp "WIN 9MM LUGAR" manufactured by Winchester in Illinois;

[handwritten: LUGER we (identified by witness)]

INDICTMENT – 1

- 3 rounds 9mm ammunition bearing head stamp "WCC 96" manufactured by Winchester in Illinois;
- 1 round 9mm ammunition bearing head stamp WCC 95" manufactured by Winchester in Illinois;
- 1 round 9mm ammunition bearing head stamp "SPEER 9MM Luger" manufactured by Vista Outdoors/Speer in Idaho;
- 2 rounds 9mm ammunition bearing head stamp "R-P 9MM Luger" manufactured by Remington in Arkansas, Connecticut, Minnesota, or Idaho;
- 1 round 9mm ammunition bearing head stamp "BLAZER 9MM LUGER" manufactured by Federal Cartridge Company or CCI in Minnesota or Idaho;
- 1 round 9mm ammunition bearing head stamp "HORNADY 9MM LUGER" manufactured by Jagemann Stamping Company in Wisconsin; and
- 4 rounds .380 caliber ammunition bearing head stamp "G.F.L. 380 AUTO" manufactured by Fiocchi in Italy;

which firearms and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, AARON JOSEPH CUNNINGHAM, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including:

- a Glock model 19, Gen 4, 9mm pistol, bearing serial number BAZP302;
- a Glock 42, .380 caliber pistol, bearing serial number ABDW558;
- 2 rounds 9mm ammunition bearing head stamp "WIN 9MM LUGAR" manufactured by Winchester in Illinois;
- 3 rounds 9mm ammunition bearing head stamp "WCC 96" manufactured by Winchester in Illinois;

INDICTMENT – 2

- 1 round 9mm ammunition bearing head stamp WCC 95" manufactured by Winchester in Illinois;
- 1 round 9mm ammunition bearing head stamp "SPEER 9MM Luger" manufactured by Vista Outdoors/Speer in Idaho;
- 2 rounds 9mm ammunition bearing head stamp "R-P 9MM Luger" manufactured by Remington in Arkansas, Connecticut, Minnesota, or Idaho;
- 1 round 9mm ammunition bearing head stamp "BLAZER 9MM LUGER" manufactured by Federal Cartridge Company or CCI in Minnesota or Idaho;
- 1 round 9mm ammunition bearing head stamp "HORNADY 9MM LUGER" manufactured by Jagemann Stamping Company in Wisconsin; and
- 4 rounds .380 caliber ammunition bearing head stamp "G.F.L. 380 AUTO" manufactured by Fiocchi in Italy.

DATED this 17th day of May, 2022.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Russell Smoot*
Russell E. Smoot
Assistant United States Attorney

INDICTMENT – 3